IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MI SOOK LEE and DONGHOON SHIN,

    Plaintiffs,

  v.

SERBAN RUSU, ESTATE OF SERBAN RUSU, and KYOKO RUSU,

    Defendants.

No. C 17-01110 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

    The Court **DENIES** plaintiffs' motion to attend the case management conference by telephone as it is not feasible to conduct hearings over the telephone due to courtroom configuration.

**IT IS SO ORDERED.**

Dated: May 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE