United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MI SOOK LEE and DONGHOON SHIN,

Plaintiffs,

v.

SERBAN RUSU, ESTATE OF SERBAN RUSU, and KYOKO RUSU,

Defendants.

No. C 17-01110 WHA

**ORDER TO SHOW CAUSE**

According to the parties and Magistrate Judge Sallie Kim, this action settled on July 14 of this year (*see* Dkt. Nos. 33–34). As of the date of this order, however, no dismissal has been filed on the docket. The parties shall **SHOW CAUSE** in writing by **JANUARY 4, 2018, AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: December 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE